UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| CHARLES D. STERGIOS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 09-410-P-S |
| | ) | |
| SUSAN COLLINS, ET AL, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 8, 2009, her Recommended Decision (Docket No. 3). Plaintiff filed his Objection to the Recommended Decision (Docket No. 6) on September 14, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion for Service and Motion for Leave to Proceed *in forma pauperis* (Docket No. 2) is **DENIED**.

      3.        It is hereby **ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED**.

                                                                 /s/George Z. Singal_____
                                                                 U.S. District Judge

Dated: September 16, 2009